IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HIT ENTERTAINMENT LIMITED
(f/k/a, HIT ENTERTAINMENT, P.L.C.),
LYONS PARTNERSHIP, L.P.,
DISNEY ENTERPRISES, INC., and
SANRIO, INC.

Case No. 05-21092-CIV-JORDAN

        Plaintiffs,

vs.

COOKIES-N-CREAM PARTY
RENTAL, INC., and ANAIS OLIVER
D/B/A  COOKIES-N-CREAM
FUNNY CLOWN SHOW

**CLOSED
CIVIL
CASE**

        Defendants.

_____/

### PERMANENT INJUNCTION AND FINAL ~~ORDER~~ JUDGMENT
### AGAINST COOKIES-N-CREAM PARTY RENTAL, INC., and ANAIS OLIVER
### D/B/A COOKIES-N-CREAM FUNNY CLOWN SHOW

Upon consideration of the Settlement Agreement and Consent to Permanent Injunction, and this Court being fully aware of the premises, the Court makes the following findings of fact and conclusions of law:

1.     This Court has jurisdiction over the Plaintiffs and Cookies-N-Cream Party Rental, Inc., and Anais Oliver d/b/a Cookies-N-Cream funny Clown Show (hereinafter collectively referred to as "COOKIES-N-CREAM") and the Subject Matter of this action.

1

2.    The Plaintiffs are the owners of the distinctive copyrighted properties and trademarks and identified by the index of registrations attached as Exhibits "A" and "B" to the Complaint and hereinafter referred to as "the Copyrighted Properties and Trademarks." The registrations are valid and subsisting and are conclusive proof of the Plaintiffs' rights to the Copyrighted Properties and Trademarks and properties noted, and are indexed to this Final Order and Permanent Injunction as Exhibits "A" and "B".

3.    The Plaintiffs brought the present action against COOKIES-N-CREAM alleging claims of copyright infringement, trademark infringement, false design or designation of origin, false description, and unfair competition. COOKIES-N-CREAM has never been authorized by any of the Plaintiffs to utilize the Plaintiffs' Copyright Properties and Trademarks in conjunction with any adult costumes, wooden cut-outs or inflatable bouncers, nor have Plaintiffs authorized COOKIES-N-CREAM to utilize their Copyrighted Properties and Trademarks in conjunction with or to promote their children's party entertainment services.

4.    COOKIES-N-CREAM admits that it has infringed upon the Copyrighted Properties and Trademarks by advertising, marketing, offering for sale and selling children's party entertainment services, which services included adult costumes, wooden cut-outs and inflatable bouncers incorporating unauthorized reproductions of the Plaintiffs' Copyrighted Properties and

2

Trademarks (hereinafter referred to as the "Infringing Products"). COOKIES-N-CREAM admits that it has further infringed upon the Plaintiffs' Copyrighted Properties and Trademarks through the manufacture, sale, offer for sale, and marketing of children's party services, inflatable bouncers and related merchandise bearing the Plaintiffs' Copyrighted Properties and Trademarks (hereinafter "Unauthorized Services").

5.      The Plaintiffs are suffering and have suffered irreparable injury as a result of COOKIES-N-CREAMS' acts better described in paragraph 4 above.

6.      COOKIES-N-CREAM agrees and stipulates that it will turn over to Plaintiffs' undersigned counsel all Infringing Products, and any related merchandise which incorporate the Infringing Products, or otherwise bearing unauthorized reproductions of the Plaintiffs' Copyrighted Properties and Trademarks upon execution of this Agreement (hereinafter "Surrendered Merchandise"). COOKIES-N-CREAM further agrees that the Surrendered Merchandise shall be delivered to Plaintiffs' counsel at COOKIES-N-CREAM'S sole cost and expense. COOKIES-N-CREAM further stipulates and agrees that any Surrendered Merchandise turned over to Plaintiffs' counsel as provided for in this Order, may be destroyed and/or disposed of at the Plaintiffs' discretion and in such manner, as Plaintiffs' deem appropriate. COOKIES-N-CREAM hereby waives any and all right, title and/or interest to the Surrendered

Merchandise and forever releases the Plaintiffs from any and all claims arising out of the Surrendered Merchandise's disposition.

7.      COOKIES-N-CREAM stipulates and agrees to entry of a Permanent Injunction forever enjoining it from the sale, offer for sale, and marketing of children's party entertainment services in conjunction with the Infringing Products and Unauthorized Services, the sale, offer for sale, rental and marketing of the Infringing Products and Unauthorized Services to the public, the public display of the Infringing Products and Unauthorized Services, and the manufacture, sale, offer for sale, and marketing of adult costumes, wooden cut-outs or inflatable bouncers and any other related merchandise bearing the Plaintiffs' Copyrighted Properties and Trademarks.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a PERMANENT INJUNCTION is entered as to Cookies-N-Cream Party Rental, Inc., and Anais Oliver d/b/a Cookies-N-Cream, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Cookies-N-Cream Party Rental, Inc., and Anais Oliver d/b/a Cookies-N-Cream, their agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

(a)      From manufacturing, procuring, distributing, shipping, retailing, selling, offering for sale, marketing, renting, advertising or

4

trafficking, in any merchandise, including Infringing Costumes, not authorized by the Plaintiffs, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing a design or image which is of a substantially similar appearance to the Copyrighted Properties and Trademarks indexed Exhibits "A" and "B" to the Complaint and to this Order;

(b)     From passing off, inducing or enabling others to sell or pass off, as authentic products produced by the Plaintiffs or otherwise authorized by the Plaintiffs, any product not manufactured by the Plaintiffs or produced under the control or supervision of the Plaintiffs and approved by the Plaintiffs, which utilize any of the Copyrighted Properties and Trademarks indexed on Exhibits "A" and "B" to the Complaint and to this Order;

(c)     From committing any act calculated to cause purchasers to believe that Cookies-N-Cream Party Rental, Inc.'s, and Anais Oliver d/b/a Cookies-N-Cream's products and services are those sold under the control and supervision of the Plaintiffs, or are sponsored, approved or guaranteed by the Plaintiffs, or are connected with and produced under the control or supervision of the Plaintiffs;

5

(d)     From further diluting and infringing Plaintiffs' Copyrighted Properties and Trademarks and damaging their goodwill; and

(e)     From causing, aiding, and/or abetting any other person from doing any act proscribed under a through d above.

It is further, ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Settlement Agreement, Permanent Injunction and Final Order by way of contempt or otherwise. Cookies-N-Cream Party Rental, Inc., and Anais Oliver d/b/a Cookies-N-Cream agrees not to contest the validity of the Copyrighted Properties and Trademarks in any such proceedings.

It is further, ORDERED AND ADJUDGED,

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further, ORDERED AND ADJUDGED,

That any Surrendered Merchandise turned over to Plaintiffs' undersigned counsel's possession may be destroyed and/or disposed of at the Plaintiffs' discretion and in such manner, as Plaintiffs' deem appropriate.

It is further, ORDERED AND ADJUDGED,

That this Permanent Injunction and Final Order shall operate as a final judgment as to Cookies-N-Cream Party Rental, Inc., and Anais Oliver d/b/a Cookies-N-Cream.

6

It is further,  ORDERED AND ADJUDGED,

That each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.  *This case is closed.  ____*

Dated this 25ᵗʰ day of ___August___ , 2005.

_____

HON. ADALBERTO JORDAN
United States District Judge

7

# EXHIBIT
# A

## COPYRIGHT REGISTRATIONS

Plaintiff:   HIT   ENTERTAINMENT   LIMITED   (f/k/a   HIT   ENTERTAINMENT, P.L.C.)

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| "Bob the Builder: no. 1-13 | PA-957-661 | August 23, 1999 |
| "Mambo no. 5" | PA-1-064-854 | October 10, 2001 |
| "Bob the Builder to the Rescue" | PA-1-113-088 | October 15, 2002 |
| "Bob the Builder: no 17, 63 & 65, Bob's White Christmas" | PA-1-119-342 | October 16, 2002 |
| "Bob the Builder : no 1, 26, 31 and 47, Pets in a pickle" | PA-1-119-854 | October 16, 2002 |
| "Bob the Builder no: 11, 28, 29 and 45, Bob the Builder Can we Fix It?" | PA-1-119-862 | October 16, 2002 |
| "Bob the Builder: Bob's camera" | SR-326-509 | January 23, 2003 |
| "Bob's recycling day" | TX-5-385-413 | November 16, 2001 |
| "A day at the barn" | TX-5-385-423 | November 16, 2001 |
| "Scoop" | TX-5-649-609 | December 27, 2002 |
| "Roley and the rock star" | TX-5-744-949 | May 8, 2003 |

Plaintiff:   LYON'S PARTNERSHIP, L.P.

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| "Barney" | RE-207-358 | March 30, 1984 |
| "Barney" | RE-705-082 | August 17, 1995 |
| "Barney | PA-10-710 | June 9, 1978 |
| "Barney" | PA-12-334 | August 15, 1978 |

9

| | | |
|---|---|---|
| "Barney " | PA-227-430 | March 14, 1984 |
| "Barney & Baby Bop" | VA-573-406 | June 1, 1993 |
| "Barney" Stuffed Toy | VA-550-465 | January 28, 1983 |
| "The Backyyard Show" | PA-496-592 | November 21, 1990 |
| "Barney in Concert" | PA-594-375 | December 23, 1992 |

Plaintiff:     THE WALT DISNEY COMPANY

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| "Steamboat Willie" | MP 2124 | November 21, 1928 |
| "Steamboat Willie" | R 162021 | December 22, 1955 |
| Mickey Mouse | GP 80183 | February 17, 1972 |
| Mickey Mouse | VA 58-937 | September 15, 1980 |
| Minnie Mouse as a character in "Steamboat Willie" | MP 2124 | November 21, 1928 |
| Minnie Mouse | GP 80191 | February 17, 1972 |
| Minnie Mouse | VA 58-938 | September 15, 1980 |
| Donald Duck as character in "The Wise Little Hen -- Walt Disney's Silly Symphony" | MI 4802 | May 31, 1934 |
| Donald Duck as character in "The Wise Little Hen -- Walt Disney's Silly Symphony" | R 277811 | June 19, 1961 |
| Donald Duck | GP 80184 | August 8, 1972 |
| Donald and Daisy | VA 58-935 | September 15, 1980 |
| Goofy as a character in "Mickey's Revue" | MI-3342 | May 30, 1932 |
| Goofy | R 237770 | June 8, 1959 |
| Goofy | GP 80187 | February 17, 1972 |
| Goofy | VA 58-936 | September 15, 1980 |
| "Aladdin" | PA 583-905 | June 15, 1909 |

| | | |
|---|---|---|
| "Beauty and the Beast" | PA 542 647 | November 20, 1991 |
| Daisy Duck in "Don Donald" | | |
| Daisy Duck | GP 81520 | November 8, 1972 |
| Daisy Duck | VA 58-933 | September 15, 1980 |
| "The Lion King" | PA 659-979 | June 20, 1994 |
| "The Little Mermaid" | PA 431*543 | November 17, 1989 |
| Pluto as a character in "The Chain Gang" | M1906 | September 8, 1930 |
| Pluto "The Chain Gang" | R 204524 | December 16, 1957 |
| Pluto | GP 80192 | February 17, 1972 |
| Pocahontas Style Guide | VA 690-928 | January 12, 1995 |
| "Snow White and the Seven Dwarfs" | LP 7689 | |
| "Who Framed Roger Rabbit" Licensing Kit | VA 272 999 | August 10, 1987 |
| "Hercules" | PA 670-961 | July 15, 1997 |
| "The Hunchback of Notre Dame" | PA 795-221 | July 11, 1996 |
| "101 Dalmatians" | PA 789-990 | December 11, 1996 |
| "One Hundred and One Dalmatians" | RE 370-901 | January 21, 1998 |
| "One Hundred and One Dalmatians" | LP 18715 | November 18, 1960 |
| "Winnie The Pooh" Licensing Kit | VA 242 333 | October 31, 1996 |
| "Winnie The Pooh" | GP 81528 | October 31, 1972 |
| "Toy Story" | PA 765-713 | December 20, 1995 |
| "Toy Story" Style Guide | VA 735-197 | August 28, 1995 |
| "A Bug's Life" | PA 901-890 | December 30, 1998 |

11

| "A Bug's Life" Style Guide | VA 875-986 | March 12, 1998 |
| "Mulan" | PA 799-025 | July 7, 1998 |
| "Mulan" Style Guide | VA 849-510 | September 29, 1997 |
| "Tarzan" | PA 939-561 | July 30, 1999 |
| "Tarzan" Style Guide | VA 949-479 | November 5, 1998 |
| "Monsters, Inc." | VA 999-982 | December 15, 2000 |
| "The Emperor's New Groove" | VA 999-573 | June 19, 2000 |
| "Lilo and Stitch" | VA1-094-896 | August 2, 2001 |

Plaintiff:     SANRIO COMPANY, LTD.

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| Bad Badtz Maru Graphic Artwork | VA 811 440 | February 4, 1997 |
| Hello Kitty Graphic Artwork | VA 130 420 | December 2, 1982 |
| KeroKeroKeroppi Sticker Book | VA 636 579 | May 25, 1994 |
| Little Twin Stars Stickers | VA 246 421 | December 15, 1986 |
| Monkichi Graphic Artwork | VA 840 495 | February 4, 1997 |
| My Melody Graphic Artwork | VA 130 419 | December 2, 1982 |
| Patty & Jimmy Graphic Artwork | VA 130 421 | December 2, 1982 |
| Pekkle Graphic Artwork | VA 636 582 | May 25, 1994 |
| Picke Bicke Graphic Artwork | VA 840 496 | February 4, 1972 |
| Pochacco Sticker Book | VA 636 580 | May 25, 1994 |
| Tuxedo Sam Stickers | VA 148 625 | February 21, 1984 |
| Winkipinki Graphic Artwork | VA 840 494 | February 4, 1997 |

Zashikibuta Stickers                VA 636 581                May 25, 1994

# EXHIBIT
# B

13

## TRADEMARK REGISTRATIONS

Plaintiff:     HIT ENTERTAINMENT LIMITED (f/k/a HIT ENTERTAINMENT, P.L.C.)

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| "Bob the Builder | 2,759,172 | September 2, 2003 | 41 |
| "Bob the Builder" | 2,713,778 | May 6, 2003 | 41 |

Plaintiff:     LYONS PARTNERSHIP, L.P.

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| "Barney" | 1,697,415 | June 30, 1992 | 9 |
| "Barney & Friends" | 1,754,307 | February 23, 1993 | 41 |
| "Barney" | 1,782,534 | July 20, 1993 | 9 |
| "Barney" | 1,791,394 | September 7, 1993 | 9 |
| "Barney" | 1,761,784 | March 30, 1993 | 41 |
| "Barney" | 1,921,594 | September 26, 1995 | 41 |
| "Barney" | 2,455,086 | May 29, 2001 | 41 |
| "Barney" | 1,815,882 | January 11, 1994 | 16 |
| "Barney" music | 1,921,665 | September 26, 1995 | 9 |
| "Barney" | 1,860,039 | October 25, 1994 | 41 |
| Bedtime with Barney" | 2,081,856 | July 22, 1997 | 28 |

Plaintiff:     DISNEY ENTERPRISES, INC.

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| "Mickey's Kitchen" and Design | 1,674,655 | February 4, 1992 | 42 |
| "Mickey Mouse' | 313,765 | August 23, 1994 | 38 |
| "Mickey Mouse' | 1,857,626 | October 11, 1997 | 14 |
| "Mouse Ears Design" | 1,524,601 | February 14, 1989 | 25 |
| "Donald Duck" | 1,161,868 | July 21, 1981 | 16 |

Plaintiff:     SANRIO COMPANY, LTD.

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|------|---------------------|------------------|-------|
| Hello Kitty (rep.) | 1,200,083 | July 6, 1982 | 16 |
| Hello Kitty (rep.) | 1,200,083 | July 6, 1982 | 18 |
| Hello Kitty (rep.) | 1,277,721 | May 15, 1984 | 16 |
| Hello Kitty (rep.) | 1,277,721 | May 15, 1984 | 18 |
| Hello Kitty (words) | 1,215,436 | November 9, 1982 | 16 |
| Hello Kitty (words) | 1,215,436 | November 9, 1982 | 18 |
| Hello Kitty (words) | 1,279,486 | May 29, 1984 | 16 |
| Hello Kitty (words) | 1,279,486 | May 29, 1984 | 18 |

# COPYRIGHT REGISTRATIONS

Plaintiff:    HIT ENTERTAINMENT, P.L.C.

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| "Bob the Builder: no. 1-13 | PA-957-661 | August 23, 1999 |
| "Mambo no. 5" | PA-1-064-854 | October 10, 2001 |
| "Bob the Builder to the Rescue" | PA-1-113-088 | October 15, 2002 |
| "Bob the Builder: no 17, 63 & 65, Bob's White Christmas" | PA-1-119-342 | October 16, 2002 |
| "Bob the Builder : no 1, 26, 31 and 47, Pets in a pickle" | PA-1-119-854 | October 16, 2002 |
| "Bob the Builder no: 11, 28, 29 and 45, Bob the Builder Can we Fix It?" | PA-1-119-862 | October 16, 2002 |
| "Bob the Builder: Bob's camera" | SR-326-509 | January 23, 2003 |
| "Bob's recycling day" | TX-5-385-413 | November 16, 2001 |
| "A day at the barn" | TX-5-385-423 | November 16, 2001 |
| "Scoop" | TX-5-649-609 | December 27, 2002 |
| "Roley and the rock star" | TX-5-744-949 | May 8, 2003 |

Plaintiff:    LYON'S PARTNERSHIP, L.P.

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| "Barney" | RE-207-358 | March 30, 1984 |
| "Barney" | RE-705-082 | August 17, 1995 |

| | | |
|---|---|---|
| "Barney | PA-10-710 | June 9, 1978 |
| "Barney" | PA-12-334 | August 15, 1978 |
| "Barney " | PA-227-430 | March 14, 1984 |
| "Barney & Baby Bop" | VA-573-406 | June 1, 1993 |
| "Barney" Stuffed Toy | VA-550-465 | January 28, 1983 |
| "The Backyyard Show" | PA-496-592 | November 21, 1990 |
| "Barney in Concert" | PA-594-375 | December 23, 1992 |

Plaintiff:    THE WALT DISNEY COMPANY

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| "Steamboat Willie" | MP 2124 | November 21, 1928 |
| "Steamboat Willie" | R 162021 | December 22, 1955 |
| Mickey Mouse | GP 80183 | February 17, 1972 |
| Mickey Mouse | VA 58-937 | September 15, 1980 |
| Minnie Mouse as a character in "Steamboat Willie" | MP 2124 | November 21, 1928 |
| Minnie Mouse | GP 80191 | February 17, 1972 |
| Minnie Mouse | VA 58-938 | September 15, 1980 |
| Donald Duck as character in "The Wise Little Hen -- Walt Disney's Silly Symphony" | MI 4802 | May 31, 1934 |
| Donald Duck as character in "The Wise Little Hen -- Walt Disney's Silly Symphony" | R 277811 | June 19, 1961 |
| Donald Duck | GP 80184 | August 8, 1972 |
| Donald and Daisy | VA 58-935 | September 15, 1980 |

| | | |
|---|---|---|
| Goofy as a character in "Mickey's Revue" | MI-3342 | May 30, 1932 |
| Goofy | R 237770 | June 8, 1959 |
| Goofy | GP 80187 | February 17, 1972 |
| Goofy | VA 58-936 | September 15, 1980 |
| "Aladdin" | PA 583-905 | June 15, 1909 |
| "Beauty and the Beast" | PA 542 647 | November 20, 1991 |
| Daisy Duck in "Don Donald" | | |
| Daisy Duck | GP 81520 | November 8, 1972 |
| Daisy Duck | VA 58-933 | September 15, 1980 |
| "The Lion King" | PA 659-979 | June 20, 1994 |
| "The Little Mermaid" | PA 431*543 | November 17, 1989 |
| Pluto as a character in "The Chain Gang" | M1906 | September 8, 1930 |
| Pluto "The Chain Gang" | R 204524 | December 16, 1957 |
| Pluto | GP 80192 | February 17, 1972 |
| Pocahontas Style Guide | VA 690-928 | January 12, 1995 |
| "Snow White and the Seven Dwarfs" | LP 7689 | |
| "Who Framed Roger Rabbit" Licensing Kit | VA 272 999 | August 10, 1987 |
| "Hercules" | PA 670-961 | July 15, 1997 |
| "The Hunchback of Notre Dame" | PA 795-221 | July 11, 1996 |
| "101 Dalmatians" | PA 789-990 | December 11, 1996 |
| "One Hundred and One Dalmatians" | RE 370-901 | January 21, 1998 |
| "One Hundred and One Dalmatians" | LP 18715 | November 18, 1960 |

| | | |
|---|---|---|
| "Winnie The Pooh" Licensing Kit | VA 242 333 | October 31, 1996 |
| "Winnie The Pooh" | GP 81528 | October 31, 1972 |
| "Toy Story" | PA 765-713 | December 20, 1995 |
| "Toy Story" Style Guide | VA 735-197 | August 28, 1995 |
| "A Bug's Life" | PA 901-890 | December 30, 1998 |
| "A Bug's Life" Style Guide | VA 875-986 | March 12, 1998 |
| "Mulan" | PA 799-025 | July 7, 1998 |
| "Mulan" Style Guide | VA 849-510 | September 29, 1997 |
| "Tarzan" | PA 939-561 | July 30, 1999 |
| "Tarzan" Style Guide | VA 949-479 | November 5, 1998 |
| "Monsters, Inc." | VA 999-982 | December 15, 2000 |
| "The Emperor's New Groove" | VA 999-573 | June 19, 2000 |
| "Lilo and Stitch" | VA1-094-896 | August 2, 2001 |

Plaintiff:   SANRIO COMPANY, LTD.

| TITLE | COPYRIGHT NO. | REGISTRATION DATE |
|---|---|---|
| Bad Badtz Maru Graphic Artwork | VA 811 440 | February 4, 1997 |
| Hello Kitty Graphic Artwork | VA 130 420 | December 2, 1982 |
| KeroKeroKeroppi Sticker Book | VA 636 579 | May 25, 1994 |
| Little Twin Stars Stickers | VA 246 421 | December 15, 1986 |
| Monkichi Graphic Artwork | VA 840 495 | February 4, 1997 |
| My Melody Graphic Artwork | VA 130 419 | December 2, 1982 |

| | | |
|---|---|---|
| Patty & Jimmy Graphic Artwork | VA 130 421 | December 2, 1982 |
| Pekkle Graphic Artwork | VA 636 582 | May 25, 1994 |
| Picke Bicke Graphic Artwork | VA 840 496 | February 4, 1972 |
| Pochacco Sticker Book | VA 636 580 | May 25, 1994 |
| Tuxedo Sam Stickers | VA 148 625 | February 21, 1984 |
| Winkipinki Graphic Artwork | VA 840 494 | February 4, 1997 |
| Zashikibuta Stickers | VA 636 581 | May 25, 1994 |

## TRADEMARK REGISTRATIONS

Plaintiff:    HIT ENTERTAINMENT, P.L.C.

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| "Bob the Builder | 2,759,172 | September 2, 2003 | 41 |
| "Bob the Builder" | 2,713,778 | May 6, 2003 | 41 |

Plaintiff:    LYONS PARTNERSHIP, L.P.

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| "Barney" | 1,697,415 | June 30, 1992 | 9 |
| "Barney & Friends" | 1,754,307 | February 23, 1993 | 41 |
| "Barney" | 1,782,534 | July 20, 1993 | 9 |
| "Barney" | 1,791,394 | September 7, 1993 | 9 |
| "Barney" | 1,761,784 | March 30, 1993 | 41 |
| "Barney" | 1,921,594 | September 26, 1995 | 41 |
| "Barney" | 2,455,086 | May 29, 2001 | 41 |
| "Barney" | 1,815,882 | January 11, 1994 | 16 |
| "Barney" music | 1,921,665 | September 26, 1995 | 9 |
| "Barney" | 1,860,039 | October 25, 1994 | 41 |
| Bedtime with Barney" | 2,081,856 | July 22, 1997 | 28 |

Plaintiff:    DISNEY ENTERPRISES, INC.

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| "Mickey's Kitchen" and | 1,674,655 | February 4, 1992 | 42 |

Design

| Mark | Registration Number | Date | Class |
|---|---|---|---|
| "Mickey Mouse' | 313,765 | August 23, 1994 | 38 |
| "Mickey Mouse' | 1,857,626 | October 11, 1997 | 14 |
| "Mouse Ears Design" | 1,524,601 | February 14, 1989 | 25 |
| "Donald Duck" | 1,161,868 | July 21, 1981 | 16 |

Plaintiff:   SANRIO COMPANY, LTD.

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| Hello Kitty (rep.) | 1,200,083 | July 6, 1982 | 16 |
| Hello Kitty (rep.) | 1,200,083 | July 6, 1982 | 18 |
| Hello Kitty (rep.) | 1,277,721 | May 15, 1984 | 16 |
| Hello Kitty (rep.) | 1,277,721 | May 15, 1984 | 18 |
| Hello Kitty (words) | 1,215,436 | November 9, 1982 | 16 |
| Hello Kitty (words) | 1,215,436 | November 9, 1982 | 18 |
| Hello Kitty (words) | 1,279,486 | May 29, 1984 | 16 |
| Hello Kitty (words) | 1,279,486 | May 29, 1984 | 18 |